No. 10-5354. Ivan Vasquez and Alberto Renteria, Petitioners v. James Walker, Warden.

562 U.S. 917, 131 S. Ct. 282, 178 L. Ed. 2d 185, 2010 U.S. LEXIS 7085.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 359 Fed. Appx. 758.